| | AUSA: | Zachary Zurek | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Dustin Swensson | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
   v.

Brian James Rubenacker

Case No. 26−mj−30450

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 1, 2026 - Present _____ in the county of _____ Oakland _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dustin Swensson, Special Agent- FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 29, 2026 _____

_____
*Judge's signature*

City and state: _Detroit, Michigan_____

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1.      I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.      I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Brian James Rubenacker for violations of 18 U.S.C.

1

§ 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.      This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Rubenacker has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

6.      In 2026, FBI Detroit executed a federal search warrant at the residence of SUBJECT-1, an individual whose identity is known to law enforcement. SUBJECT-1's cellular phone was seized during the search.

7.      A forensic review of SUBJECT-1's phone revealed that SUBJECT-1 traded images and videos which met the federal definition of child pornography with multiple individuals via an encrypted mobile messaging application.

8.      Through subsequent investigation, the FBI learned that SUBJECT-1 exchanged child pornography on the encrypted mobile messaging application with a man using username "@brianavati." SUBJECT-1 and @brianavati first met on a

2

dating application, where @brianavati's location was consistently shown to be in the area of Waterford, Michigan. On at least one occasion, SUBJECT-1 met @brianavati in person in 2025 at a public park in Waterford. While at the park, @brianavati had a black thumb drive which he plugged into his cell phone. @brianavati and SUBJECT-1 watched child pornography on @brianavati's cell phone, which was connected to the thumb drive.

9.     A forensic review of SUBJECT-1's phone showed a chat with @brianavati within an encrypted mobile messaging application. In this chat SUBJECT-1 and @brianavati discuss child pornography and their attempts to find it online. @brianavati also makes statements consistent with storing child pornography on a thumb drive. The following is an excerpt of their chat from February 17, 2026:

> **Subject-1:** *devil emoji*
> **@brianavati:** Hey
> **Subject-1:** I've seen some accounts be deleted
> **Subject-1:** I have some old chats with "deleted accounts"
> **@brianavati:** I guess that's what happened. Was gone awhile and when I came back I had to make a new account
> **Subject-1:** Ah maybe a security thing
> **Subject-1:** I've gotten some interesting things lately
> **@brianavati:** Oh yeah
> **Subject-1:** Yeah you?
> **@brianavati:** Not much

3

**@brianavati:** That's interesting

**Subject-1:** You like?

**@brianavati:** Yeah

**Subject-1:** Too bad we aren't watching together

**@brianavati:** You got anything else?

**Subject-1:** I do

**Subject-1:** Anything for me?

**@brianavati:** I have a couple but they're not boys

**Subject-1:** I'm good with that

**Subject-1:** Got the daughter in the middle hot

**Subject-1:** Any daughter sucking?

**@brianavati:** I accidentally deleted my thumbdrive and don't know how to recover it

**Subject-1:** Oof that's no good

**@brianavati:** There must be a way

**Subject-1:** Did you guilt delete it or? It was an accident?

**@brianavati:** I don't recall probably guilt though

**Subject-1:** *melting face emoji*

**@brianavati:** I don't even know where to get it anymore

**Subject-1:** Usually find a chat

**@brianavati:** If you have a good room let me know

10.    On February 18, 2026, after @brianavati claimed to have deleted the child pornography on his thumb drive, Subject-1 and @brianavati exchanged the following messages:

**@brianavati**: Got some stuff this morning

4

**Subject-1**: Oh yeah!

**Subject-1**: Love to see it.

**[…]**

**Subject-1**: any more?

11.      Information received from the mobile messaging application company, pursuant to an administrative subpoena, listed telephone number XXX-XXX-7060 as being connected to the @brianavati account. An IP address was also listed as being connected to the @brianavati account.

12.      Information received from Verizon, pursuant to an administrative subpoena, identified the contact name for telephone number XXX-XXX-7060 as Brian Rubenacker of an identified address in Waterford, Michigan. This telephone number was used by Rubenacker on the Verizon network from approximately October 25, 2023, to August 24, 2025.

13.      Information received from AT&T, pursuant to an administrative subpoena, identified the user for telephone number XXX-XXX-7060 as Brian Rubenacker of the identified address in Waterford, Michigan. This telephone number was first used by Rubenacker on the AT&T network on approximately August 4, 2025, and continues to the present.

14.    Information received from AT&T, pursuant to an administrative subpoena, identified the above referenced IP address as being associated with Brian Rubenacker of the identified address in Waterford, Michigan.

15.    On July 29, 2026, the FBI conducted a search warrant at Rubenacker's residence in Waterford, Michigan. Rubenacker and his wife were the sole occupants of the residence. There were at least three loaded semi-automatic handguns in the home. One was loaded on a shelf directly next to the front door, and one was at Rubenacker's desk in his work area.

16.    The FBI interviewed Rubenacker, who admitted he had seen child pornography on the internet, but he would not say where. Rubenacker also confirmed ownership of telephone number XXX-XXX-7060.

17.    Rubenacker's wife indicated that a closet inside of their bedroom was exclusively used by Rubenacker. Inside of the bedroom closet, in a shirt drawer full of male-sized clothing, the FBI found a thumb drive with three connectors (a standard USB, USB-C, and an apple lightning cable) that would allow the thumb drive to be connected directly to an iPhone.

18.    I have conducted a preliminary forensic review of the thumb drive found in Rubenacker's closet. In total, I estimate that the thumb drive has over 1,000 videos that meet the federal definition of child pornography.

19. The thumb drive has approximately 21.8 GB of data saved on it. There are many folders, some with names like "!!!favs", "!boys", "!rape", "!school girls" and "!babe".

20. Video descriptions from the "!!!favs" folder include: (1) A video of an approximately 6 to 7-year-old boy being anally penetrated by the penis of an adult man.; (2) A video of an approximately 5-year-old girl performing oral sex on an adult man; and (3) A video of a female toddler being vaginally penetrated by the penis of an adult man.

21. The "!rape" folder appears to contain 83 videos, primarily of women, some unconscious, being raped by men.

22. The "!babe" folder has 62 videos depicting the rape and sexual abuse of infants and toddlers.

23. The FBI also seized three desktop computers, two additional thumb drives, a tablet, and Rubenacker's iPhone. My preliminary forensic review of Rubenacker's phone indicates that Session, an encrypted messaging application, had once been installed on Rubenacker's iPhone, but has since been deleted.

24. Some of the file names of child pornography on Rubenacker's thumb drive contained information suggesting they came from Session. For example:

- **Session_2025-03-31-195106.** Video of an adult man sticking his erect penis in the mouth of a female toddler.

- **Session-2024-03-31-192444.** Video of an adult man ejaculating on the bare chest of an approximately 6-year-old boy.

- **Session-attachment-2026-02-01-140752_pmom.mp4.** Video of an adult man vaginally penetrating a prepubescent girl while a nude adult woman masturbates and touches the prepubescent girl's buttocks.

- **Session-Video_2026-05-11-054613.mpg.** Video of an adult man rubbing his penis on the vagina of a female infant and ejaculating on the infant's vagina.

25.     The thumb drive has other files saved on it suggesting Rubenacker's use of the encrypted messaging application "Signal" to trade child pornography. For example, a video with the file name "**!!pthc_4yo_fuck_and_cum_vaginal_signal-2022-05-13-210756_001**" shows an adult man vaginally penetrating and ejaculating into an approximately 4-year-old girl.

26.     Rubenacker's thumb drive also contains a file on it entitled, **Toddler_Compilation**. This is two-minute, 29-second video showing the vaginal, anal and oral rape of multiple infants and toddlers. Superimposed at certain parts of the video is text which reads, in part, "Infants suck Ducks like a paci", "Stretch out her holes", "Produce your own Infant Child Porn", and "Never Stop being a Pedo, a Pedophile, always Masturbat[e] to Child Porn Make it your life goal to one day molest a child, to have a child and Rape her at birth".

8

## CONCLUSION

27.     Based on the foregoing, there is probable cause to believe that Brian James Rubenacker committed violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date:     July 29, 2026

9